IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DON R. CLARK, JR., ADONIS H. CLARK,           )
SHERRIE CLARK-TORRENCE, ASHLEY                )
N. CLARK, NECOLE FISHER, and A. C., a Minor,  )
Through her Mother and Next Friend, Necole Fisher )
                                              )  Case No.   4:20-CV-476
                                              )
        Plaintiffs,                           )
                                              )
                                              )
vs.                                           )
                                              )
CITY OF ST. LOUIS                             )
                                              )
                                              )
and                                           )
                                              )
POLICE OFFICER NICHOLAS MANASCO,              )
POLICE OFFICER THOMAS STRODE                  )
POLICE OFFICER ROSS DEVEREUX                  )
POLICE OFFICER BENJAMIN LACY                  )
POLICE OFFICER LARRY WENTZEL                  )
POLICE OFFICER LINDSEY WETHINGTON             )
POLICE OFFICER MICHAEL JOYNER                 )
POLICE OFFICER MATTHEW BOETTIGHEIMER          )
POLICE OFFICER BLAKE MOE                      )
POLICE OFFICER BRADFORD ELLIS, JR             )
POLICE OFFICER JARRED THACKER                 )
POLICE OFFICER CURTIS BURGDORF                )
POLICE OFFICER ADRIAN PATTON                  )
POLICE OFFICER SCOTT AUBUCHON                 )
POLICE OFFICER AMON FIGGS                     )
POLICE OFFICER TIMOTHY BOYCE                  )
POLICE OFFICER JOHN JONES                     )
POLICE OFFICER JOSHUA BECHERER                )
POLICE OFFICER MICHAEL FLATLEY                )
POLICE OFFICER JOHN LONG                      )
POLICE OFFICER GLENNON FRIGERIO               )
POLICE OFFICER DANIEL CORA                    )
POLICE OFFICER JOSEPH BUSSO                   )

1

| | |
|---|---|
| POLICE OFFICER DANIEL BOOK | ) |
| POLICE OFFICER ROGER ENGELHARDT | ) |
| POLICE OFFICER MARK E. MCMURRY | ) |
| POLICE OFFICER RONALD OFFT | ) |
| POLICE OFFICER RONALD ALLEN | ) |
| POLICE OFFICER BENNIE BLACKMON | ) |
| POLICE OFFICER BRANDON MOORE | ) |
| POLICE OFFICER RONALD A. MUELLER | ) |
| POLICE OFFICER MARK SEPER | ) |
| POLICE OFFICER MATTHEW TESREAU | ) |
| POLICE OFFICER JAMES WURM, JR | ) |
| POLICE OFFICER JAMES ZWILLING | ) |
| | ) |
| | ) |
| Defendants, | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's Don R. Clark, Jr., Adonish H. Clark, Sherrie Clark-Torrence, Ashley N. Clark, Necole Fisher, and A. C., a Minor, discontinues the above-entitled action and dismisses their Complaint without prejudice.

Date: Submitted:    July 2, 2020

Respectfully submitted by,

/s/ Jerryl T. Christmas
Jerryl T. Christmas #45370 MO
6101 Delmar Blvd
St. Louis, Mo 63112
Telephone:   314-588-7105
Fax:         314-361-2525
Email:       christmaslaw@yahoo.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2020 the foregoing document was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record.